B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Paynecon, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Payne Concrete** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **33-1024287** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**3411 FM 663**<br>**Midlothian, TX**<br>ZIP CODE **76065** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Ellis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Attn: Jon Payne**<br>**P.O. Box 1097**<br>**Midlothian, TX**<br>ZIP CODE **76065** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box: Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)     Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Paynecon, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Paynecon, Inc.** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br><br>X_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X **/s/ Jonathan L. Howell**<br>   **Jonathan L. Howell**   Bar No. **24053668**<br><br>**McCathern, PLLC**<br>**3710 Rawlins**<br>**Suite 1600**<br>**Dallas, TX 75219**<br><br>Phone No. **(214) 273-6409**    Fax No. **(214) 723-5966**<br><br>**8/21/2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X_____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Paynecon, Inc.**<br><br>X **/s/ Jon Payne**<br>   Signature of Authorized Individual<br><br>   **Jon Payne**<br>   Printed Name of Authorized Individual<br><br>   **President**<br>   Title of Authorized Individual<br><br>   **8/21/2015**<br>   Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.5.1, ID 0369441159)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  **Paynecon, Inc.**                                                                                                  CASE NO

                                                                                                                                              CHAPTER   **11**

# VERIFICATION OF MAILING LIST

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[  ]  is the first mailing list filed in this case.

[  ]  adds entities not listed on previously filed mailing list(s).

[  ]  changes or corrects names and address on previously filed mailing lists.


Date  8/21/2015                                             Signature  /s/ Jon Payne
                                                                          **Jon Payne**
                                                                          **President**

Date  _____             Signature  _____


                                                                          /s/ Jonathan L. Howell
                                                                          **Jonathan L. Howell**
                                                                          **24053668**
                                                                          **McCathern, PLLC**
                                                                          **3710 Rawlins**
                                                                          **Suite 1600**
                                                                          **Dallas, TX 75219**
                                                                          **(214) 273-6409**

```
Alliance Trucking, LP
721 111th Street
Arlington, TX 76011



American Striping Company
11551 Ravenview
Dallas, TX 75253



Asco
PO Box 3888
Lubbock, TX 79452



AT&T
PO Box 105414
Atlanta, GA 30348



AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463



Auger Drilling, Inc.
PO Box 167953
Irving, TX 75016



Barnsco
P.O. Box 541087
Dallas, TX 75354-1087
Supplier


Big Dog Drilling, LLC
1154 Old Millwood
Rockwall, TX 75087



BLW Place and Finish, LLC
PO Box 360338
Dallas, TX 75336-0338
```

Bobcat of Dallas
1302 Sth. I-35 E
Lewisville, TX 75067


C&C TX Concrete Pumping
199 West Rock Island Road
Grand Prairie, TX 75050


CBS


CF Metals
3413 Lawnwood St
Ft Worth, TX 76111


Charley's Concrete Co. Ltd.
P.O. Box 1106
Keller, TX 76244


Churchill, Terry & Associates
4608 Old Pond Drive
Plano, TX 75024


Classic Chemicals


CLP Resources, Inc.
PO Box 31001-1277
Pasadena, CA 91110-1277


CMC Construction Services
777 N Eldridge Parkway, Ste 500
Houston, TX 77079

Construction Software Tech
4500 Lake Forest Dr., Suite 502
Cincinnati, OH 45242

Costco Membership

CRP
PO Box 678707
Dallas, TX 75267-8707

Davis Motor Crane Service, Inc.
1222 N. Loop 12
Irving, TX 75061

Denali Services & Transport
1847 W. Northwest Hwy
Dallas, TX 75220

DITEQ Corporation
PO Box 8828
Rowland Heights, CA 91748

E.R. Steel Co.
1406 S. Hampton Road
Dallas, TX 75208

Elete Tire Service, Inc.
P.O. Box 893/Highway 287
Midlothian, TX 76065

Ellis Construction Specialties
12407 Holmboe Avenue
Oklahoma City, OK 73114-8114

Ellis County Tax Assessor
P.O. Drawer 188
Waxahachie, TX 75168-0188

Fastenal
PO Box 978
Winona, MN 55987-0978

Ford Credit
P.O. Box 650575
Dallas, TX 75265-0575

Fort Worth Bolt & Tool Co.
500 S. Jennings Ave
Fort Worth, TX 76104

GE Capital c/o Ricoh USA
PO Box 650016
Dallas, TX 75265-0016

Geo Shack
Attn: Accounts Receivable
1200 Riverside Drive
Fort Worth, TX 76111

HandyChick's Computer Services
PO Box 208
309 Main Street
Maypearl, TX 76064

Hartmann Building Supplies
PO Box 20456
Beaumont, TX 77720

Hilti
Dept 0890
POB 120001
Dallas, TX 75312-0890

```
Holt Cat
P.O. Box 911975
Dallas, TX 75391-1975



IBTX Risk Services
101 Reunion Place, Suite 100
San Antonio, TX 78216



Ingram Concrete, LLC
PO Box 1166
Brownwood, TX 76804



Internal Revenue Service
Insolvency Division
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Small Business / Self-Employed Division
1100 Commerce St.
MC 5141DAL
Dallas, TX 75242

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


John C. Capps, CPA
P.O. Box 208
Maypearl, TX 76064



Kirby-Smith Machinery, Inc.
PO Box 270360
Oklahoma City, OK 73137



Konica Minolta Business Sol
21146 Network Place
Chicago, IL 60673-1211
```

```
Latino's Ready Mix Concrete
1001 W. Commerce
Dallas, Tx 75208


Lattimore Materials Co.
PO Box 732677
Dallas, TX 75373-2677


Law Offices of Dan Gus
209 E Main Street
Waxahachie, TX 75165


Liquid Stone Concrete
221 Centre Drive
Burleson, TX 76028


Lone Star Overnight
P.O. Box 149225
Austin, TX 78714-9225


Mobile Mini, Inc.
PO Box 7144
Pasadena, CA 91109-7144


Napa
P.O. Box 848033
Dallas, TX 75284-8033


National Construction Rentals
PO Box 4503
Pacoima, CA 91333-4503


NextLink Broadband
2132 Tintop Rd. #200
Weatherford, TX 76086
```

```
North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244




Nova Health Care
PO Box 840066
Dallas, TX 75284-0066




Payne & Weber
PO Box 1097
Midlothian, TX 76065




Plan Grid, Inc.
DEPT LA 24390
Pasadena, CA 91185-4390




Praxair Distributors, Inc.
PO Box 120812, Dept 0812
Dallas, TX 75312-0812




R.E. Cupp Construction, L.P.
1320 N. White Chapel
Southlake, TX 76092




Ram Tool
PO Box 320979
Birmingham, AL 35232




Ratliff Ready-Mix, LP
7901 Fish Pond Road, First Floor
Waco, TX 76710




RCi Ready Cable
4416 Keller Hicks Rd.
Ft. Worth, TX 76244
```

Reeder Distributors, Inc.
PO Box 225264
Dallas, TX 75222-5264

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Republic Services #794
PO Box 78829
Phoenix, AZ 85062-8829

RMD Kwikform USA
PO Box 203121
Dallas, TX 75320

Saf-T-Glove, Inc.
PO BOX 535219
Grand Prairie, TX 75053

Scott Macon Equipment Rental
800 3rd Ave., 16th Floor
New York, NY 10022

Southwest Assurance Group, Inc.
124 Old Town Blvd North, Suite
Argyle, TX 76226

Southwest Construction, Inc.
11430 Newkirk Street
Dallas, TX 75229

Staples Advantage
Attn: Dept DAL
PO Box 83689
Chicago, IL 60696-3689

```
Star Tire Company, Inc.
PO Box 541508
Dallas, TX 75354



State Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211



Superior Concrete Tool Supply
PO Box 965
Wylie, TX 75098



Texas Attorney General's Office
Bankruptcy - Collections Division
PO Box 12548
Austin, TX 78711-2548



Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th St.
Austin, TX 78778



TxTag
PO Box 650749
Dallas, TX 75265-0749



United States Attorney
Office of the United States Attorney
3rd Floor, 1100 Commerce St.
Dallas, TX 75242-1699



United States Trustee
Office of the United States Trustee
1100 Commerce St. Rm. 976
Dallas, TX 75242-1699
```

```
Vintage Bank
1431 S. Midlothian Parkway
Midlothian, TX 76065


Void Form Products, Inc.
1895 W. Dartmouth Ave.
Englewood, CO 80110


Watson Bowman Acme Corp.
22062 Network Place
Chicago, IL 60673-1220


Waxahachie Ford Mercury
2401 North I H-35E
Waxahachie, TX 76167


Western Concrete Pumping
2181 La Mirada Dr
Vista, CA 92081-8830


Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293


White Cap
PO Box 4852
Orlando, FL 32802-4852
```