B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Paynecon, Inc.**                                              Case No.

                                                                        Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Liquid Stone Concrete<br>221 Centre Drive<br>Burleson, TX 76028 | | Supplier | | **$527,586.17** |
| Charley's Concrete Co. Ltd.<br>P.O. Box 1106<br>Keller, TX 76244 | | Supplier | | **$457,732.35** |
| Lattimore Materials Co.<br>PO Box 732677<br>Dallas, TX 75373-2677 | | Supplier | | **$342,765.99** |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | | Supplier | | **$149,279.30** |
| Barnsco<br>P.O. Box 541087<br>Dallas, TX 75354-1087<br>Supplier | | Trade Debt | | **$128,725.26** |
| Ratliff Ready-Mix, LP<br>7901 Fish Pond Road, First Floor<br>Waco, TX 76710 | | Supplier | | **$112,413.64** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Paynecon, Inc.**                                          Case No.

                                                                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CMC Construction Services<br>777 N Eldridge Parkway, Ste 500<br>Houston, TX 77079 | | Supplier | | $77,834.93 |
| RMD Kwikform USA<br>PO Box 203121<br>Dallas, TX 75320 | | Supplier | | $72,634.77 |
| Denali Services & Transport<br>1847 W. Northwest Hwy<br>Dallas, TX 75220 | | Subcontractor | | $65,878.28 |
| Ellis Construction Specialties<br>12407 Holmboe Avenue<br>Oklahoma City, OK 73114-8114 | | Supplier | | $42,267.70 |
| E.R. Steel Co.<br>1406 S. Hampton Road<br>Dallas, TX 75208 | | Subcontractor | | $40,224.65 |
| White Cap<br>PO Box 4852<br>Orlando, FL 32802-4852 | | Supplier | | $40,220.78 |
| Alliance Trucking, LP<br>721 111th Street<br>Arlington, TX 76011 | | Subcontractor | | $36,883.03 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE: **Paynecon, Inc.**                                                                 Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Payne & Weber<br>PO Box 1097<br>Midlothian, TX 76065 | | Supplier | | $36,800.00 |
| Western Concrete Pumping<br>2181 La Mirada Dr<br>Vista, CA 92081-8830 | | Supplier | | $31,340.00 |
| Wex Bank<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | | Supplier | | $30,576.52 |
| RCi Ready Cable<br>4416 Keller Hicks Rd.<br>Ft. Worth, TX 76244 | | Supplier | | $26,313.82 |
| John C. Capps, CPA<br>P.O. Box 208<br>Maypearl, TX 76064 | | Accounting Services | | $25,107.85 |
| C&C TX Concrete Pumping<br>199 West Rock Island Road<br>Grand Prairie, TX 75050 | | Subcontractor | | $24,704.56 |
| Bobcat of Dallas<br>1302 Sth. I-35 E<br>Lewisville, TX 75067 | | Supplier | | $24,122.67 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Paynecon, Inc.**                                                Case No.

                                                                          Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **8/21/2015**                              Signature: **/s/ Jon Payne**
                                                            *Jon Payne*
                                                            **President**